UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARTHUR BOWLSON,

    Defendants.

Case No. 01-cr-80834

Hon. Arthur J. Tarnow

_____

### EX PARTE MOTION FOR AUTHORIZATION TO OBTAIN AN EXPERT AT GOVERNMENT EXPENSE

Defendant, ARTHUR BOWLSON, by and through his panel attorney, KIMBERLY W. STOUT, moves this Honorable Court pursuant to the Criminal Justice Act, sub-section (e) of 18 U.S.C. § 3006A, for an Order for authorization to obtain an EXPERT to be paid out of funds appropriated for the administration of the Act. In support, Defendant states as follows:

1. Defendant has filed a request for an Order reducing his sentence and releasing him from prison under the compassionate release provisions of 18 U.S.C. § 3582, as modified by the First Step Act.

2. Defendant suffers from mental health and other issues. An evaluation is needed to identify Defendant's issues, including a diagnosis, prognosis, and treatment.

3. The parties have identified John W. Thompson, Jr., M.D., a forensic neuro-psychiatrist as a well-versed and qualified expert. Dr. Thompson's curriculum vitae and fee schedule is attached.

WHEREFORE, Defendant respectfully requests this Honorable Court authorize his through counsel to obtain an Expert at Government Expense.

Respectfully submitted,

/s/Kimberly W. Stout
Kimberly W. Stout (P38588)
370 E. Maple, 3rd FL
Birmingham, MI 48009
(248) 258-3181

Dated: August 27, 2020